# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

GEORGE BURNETT,                    :        CASE NO.  C-1-01-733

             Plaintiff,        :        Judge Dlott

    vs.                                    :

                                         **FINAL JUDGMENT**

CITY OF CINCINNATI,                :        **ENTRY**

             Defendant.        :

Plaintiff, having resolved all disputes with Defendant City of Cincinnati, hereby dismisses this litigation against the City of Cincinnati, with prejudice.

Defendant City of Cincinnati will pay all court costs in this matter.

                                    ___s/Susan J. Dlott_____
                                    Judge Susan J. Dlott

**/s/ Robert B. Newman_____**
**ROBERT B. NEWMAN (0023484)**
**LISA T. MEEKS (0062074 )**
Attorneys for Plaintiff
NEWMAN & MEEKS CO. L.P.A.
617 Vine Street,
Suite 1401
Cincinnati, Ohio 45202
513.639.7000
Fax: 513. 639.7011
Email: robertnewman@newman-meeks.com


**JULIA L. McNEIL (0043535)**

City Solicitor


/s/ Richard Ganulin _____

**RICHARD GANULIN (0025642- C)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
513. 352.3329
Fax: 513.352.1515
Email: richard.ganulin @cincinnati-oh.gov
Attorney for Defendant